JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Juan Alberto Fernandez,<br><br>  Petitioner,<br><br>  v.<br><br>United States of America,<br><br>  Respondent. | Case No. 8:16-CV-01387 JLS<br>Case No. 8:14-CR-00008-2 JLS<br><br>**JUDGMENT** |

IT IS ADJUDGED that the petition in this matter is dismissed, and the action is dismissed with prejudice.

The Clerk shall close the case.

Dated: November 29, 2016

_____
The Hon. Josephine L. Staton
United States District Judge

1